# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YOUNG & BRYANT, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01921---SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY APRIL 1, 2015<br><br>(ECF No. 11) |

　　　　Plaintiff Jose Escobedo ("Plaintiff") filed this action on December 3, 2014.  (ECF No. 1.)  On March 2, 2015, Plaintiff filed a notice of settlement informing the Court that this action has been settled in its entirety.  (ECF No. 11.)

　　　　Within ten (10) days of the date of service of this order, Defendants shall file a consent form indicating whether they consent to magistrate judge jurisdiction for purposes of processing the dismissal pursuant to the settlement or they decline such jurisdiction.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　All pending matters and dates are VACATED;

　　　　2.　　Plaintiff shall file dispositional documents by April 1, 2015; and

/ / /

/ / /

/ / /

1

3. Within ten (10) days of the date of service of this order, Defendants shall file a consent/decline form indicating whether they consent to magistrate judge jurisdiction for purposes of dismissing the case upon settlement. If the Defendants do not wish to consent they can advise the court's Courtroom Deputy, Mamie Hernandez of their decision.

IT IS SO ORDERED.

Dated:   **March 3, 2015**

UNITED STATES MAGISTRATE JUDGE