UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE ESCOBEDO,

       Plaintiff,

  vs.

YOUNG & BRYANT, INC. dba T-SHIRT OUTLET #2, et al.,

       Defendants.

No. 1:14-cv-01921-LJO-SAB

**ORDER ON STIPULATION FOR DISMISSAL OF ACTION**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice in its entirety;
2. Each party shall bear its own attorney's fees and costs; and
3. The Clerk of the Court is directed to close this matter.

**SO ORDERED**
**Dated: March 26, 2015**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**